FILED

AUG 14 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.
Jose Eduardo LARIN

*Defendant(s)*

Case No. EP-24-M-3463-RFC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 8/13/2024 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC section 2252(a)(4)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Oath Telephonically Sworn
At 1:10 PM
Fed.R.Crim.P.4.1(b)(2)(A)

*Complainant's signature*

Ricardo A. Rubio Jr., HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/14/2024

*Judge's signature*

City and state: El Paso, TX

Robert F. Castaneda, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent ("SA") Ricardo A. Rubio, hereinafter "Affiant," being duly sworn do hereby depose and state:

1. Affiant is an SA with Homeland Security Investigations (HSI) El Paso, Texas, Human Exploitation Group (HEG). As part of my duties and responsibilities as an HSI SA, I am authorized to investigate crimes involving the sexual exploitation of children in violation of 18 U.S.C. §§ 2252.
2. HSI's HEG conducted an investigation involving the sexual exploitation of children via the internet. The internet is a facility of interstate and foreign commerce. On March 26, 2024, HSI El Paso received a Cyber Tip (CT) from the National Center for Missing and Exploited Children (NCMEC). The CT was generated from information received regarding the upload of possible Child Sexual Abuse Material (CSAM) from Dropbox user: Bat Man. The CT contained an internet protocol (IP) address for the Dropbox user when the images were uploaded. Further investigation revealed a subscriber residence of the IP address associated with the CSAM. An occupant of the residence was identified as Jose Eduardo LARIN.
3. SA Rubio viewed the uploaded file and determined it contained evidence of CSAM and constituted child pornography under federal law. Below is the file description:

   (1) File Name: **2023-06-25 11.51.38.mp4**
   Colored video that is 52 seconds in length
   This video begins and a pre-pubescent female child is seen sitting on a couch. The prepubescent child is wearing a white tank top and jean shorts. There is a pink chair visible in the background and both the floor and wall are a light-colored green. An adult male can then be seen sitting next the pre-pubescent female child. The adult male is wearing blue jeans, black underwear and a light-colored top. The adult male has his erect male penis pulled through the opening of the underwear. The adult male is holding his erect penis when the prepubescent female child leans towards him and the adult male inserts his erect penis into the pre-pubescent female child's mouth. The pre-pubescent child continually inserts the adult male's penis into her mouth and repeatedly licks the adult male's penis. A small tablet or cellular phone is on the adult male's lap. The adult male's face is not seen during the video.
4. On June 18, 2024, HSI El Paso served a duly issued federal search warrant to Dropbox for the contents of the Dropbox user: Bat Man.
5. On July 1, 2024, Dropbox provided a search warrant return. A preliminary review of the data received confirmed the file contained in the NCMEC referral was discovered in the data provided from Dropbox for Dropbox user: Bat Man. A preliminary review of the data also revealed additional CSAM videos.
6. A preliminary review of the data received also resulted in the discovery of several documents displaying name Jose Eduardo LARIN. Photos of LARIN to include an image of LARIN's military CAC card were also discovered.
7. On August 13, 2024, at approximately 7:38 a.m. HSI Special Agents executed a duly issued federal search warrant at a residence in El Paso, Texas associated to the CT's Dropbox activity.

The residence is located in the Western District of Texas, During the execution of the search warrant law enforcement officers encountered LARIN.

8. At approximately 8:39 a.m., LARIN was read his Miranda Rights in the English language. LARIN stated he understood his right agreed to speak to investigators without the presence of an attorney.
9. During the recorded interview LARIN made the following statements:
    - Provided the password for his cellular phone
    - Stated the Wi-Fi at the home is password protected
    - Admitted to downloading CSAM
    - Defined child pornography as children under 18 years
    - Admitted to masturbating to the CSAM
    - Last accessed and masturbated to CSAM as recently as last week
    - Described himself as mentally disgusting
    - Knew what he was doing was wrong
    - Confirmed the Dropbox account belonged to him
    - Confirmed the email used to create the Dropbox account
    - Stated he downloaded the CSAM from chat rooms on Telegram
    - Began looking at CSAM at the age of 13
    - Admitted agents would find CSAM on his iPhone 14 Pro Max cellular phone
10. During the search of LARIN's bedroom, an iPhone 14 Pro Max cellular phone was discovered on the nightstand in LARIN's bedroom.
11. During a preliminary search of the iPhone 14 Pro Max, videos of CSAM were discovered. Below is the file description:

    (1) File Name: RPReplay_Final1723307494
    Colored video that is two (2) minutes and 16 seconds in length.
    This video begins with a completely nude, prepubescent female laying on a bed. The child is laying a dark purple blanket. The child is on her hands and knees using a cellular phone. An adult male is then seen adjusting the position of the child, so the child's anus and vagina are exposed. The adult male then wipes the child's genitals with a wipe. The adult male then spreads the child's legs apart and begins inserting his fingers into the child's vagina. The adult male then begins licking the child's vagina. The adult male then gets on the bed and appears to begin inserting his penis into the child's vagina.
12. The iPhone 14 Pro Max is assembled in China.
13. This affidavit is being submitted for the limited purpose of establishing probable cause for the arrest of LARIN and does not set forth all my knowledge about this matter.
14. I make this affidavit on the basis on my personal knowledge and information provided to me by other law enforcement officers.
15. There is reason to believe, and your Affiant does believe, there is probable cause that Jose Eduardo LARIN, while using a facility of interstate and foreign commerce, did possess material containing images of child pornography in violation Title 18 Untied States Code Section 2252(a)(4)(B).

Special Agent Ricardo A. Rubio Jr.
Homeland Security Investigations

SUBSCRIBED AND SWORN BEFORE ME ON AUGUST 14th 2024

Robert F. Castaneda
UNITED STATES MAGISTRATE JUDGE